FILED

1  GREENBERG TRAURIG, LLP
   Michael S. Lawrence (SBN 255897)
2  1840 Century Park East, Suite 1900      2013 FEB 25 PM 1:08
3  Los Angeles, California 90067
   Telephone: (310) 586-7700               CLERK U.S. DISTRICT COURT
4  Facsimile:  (310) 586-7800              CENTRAL DIST. OF CALIF.
   Email:  lawrencem@gtlaw.com                    LOS ANGELES
5                                          BY_____
6  Attorneys for Defendant
   EARLY WARNING SERVICES, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                                            CV13-01362 PA
11                                                       (AGRx)
   NAGHMEH WAGNER, an           CASE NO.
12 Individual,
                                DEFENDANT EARLY WARNING
13                              SERVICES, LLC'S FRCP 7.1
            Plaintiff,          DISCLOSURE STATEMENT
14
15 vs.

16 BANK OF AMERICA, INC., a
   Delaware corporation; EARLY
17 WARNING SERVICES, LLC, a
   Delaware limited liability company;
18 and DOES 1 THROUGH 50,
   Inclusive,
19
20          Defendants.

21
22
23
24
25
26
27
28

DEFENDANT EARLY WARNING SERVICES, LLC'S FRCP 7.1 DISCLOSURE STATEMENT
PHX 330652816v1

1  Defendant Early Warning Services, LLC ("Defendant") hereby submits the
2  following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:
3  EWS is Limited Liability Company ("LLC") that has the following members:
4  (i)   Bank of America, N.A.
5  (ii)  Branch Banking and Trust Company
6  (iii) JPMorgan Chase Bank, N.A.
7  (iv)  Wells Fargo Bank, N.A.
8  (v)   Capital One, N.A.

DATED: February 25, 2013       GREENBERG TRAURIG, LLP

By /s/ Michael S. Lawrence
Michael S. Lawrence
Attorneys for Defendant
Early Warning Services, LLC

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1840 Century Park East, Suite 1900, Los Angeles, California 90067.

On February 25, 2013, I served the **DEFENDANT EARLY WARNING SERVICES, LLC'S FRCP 7.1 DISCLOSURE STATEMENT** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Daniel I. Wagner, Esq.
WAGNER & ASSOCIATES
1875 Century Park East, Suite 1460
Los Angeles, CA 90067
Telephone: (310) 445-1800
Facsimile: (310) 594-8949
Email: danieliwagner@hotmail.com

☐ (BY MAIL)

☐ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

☒ (BY PERSONAL SERVICE)

I caused delivery of such envelope by hand to the offices of the addressee. Executed on February 25, 2013, at Los Angeles, California.

☒ (FEDERAL)   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 25, 2013, at Los Angeles, California.

_____
Signature

Delilah A. Phiefer
Print Name

PROOF OF SERVICE

PHX 330652679v3